# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00389-CV

**Peter David Wagner d/b/a Preservation of Your Home and Educational Ministries,
Appellant**

**v.**

**Texas Department of Savings and Mortgage Lending, Appellee**

### FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-20-004218, THE HONORABLE JAN SOIFER, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant's brief on appeal was originally due on September 23, 2021. On counsel's motion, the time for filing was extended to January 7, 2022. Appellant's counsel has now filed a second motion, requesting that the Court extend the time for filing appellant's brief. We grant the motion for extension of time and order appellant to file a brief no later than January 28, 2022. No further extension of time will be granted and failure to comply with this order may result in dismissal of this appeal. *See* Tex. R. App. P. 38.8(a).

It is ordered on January 7, 2022**.**

Before Justices Goodwin, Baker, and Triana